UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E2 OPTICS, LLC, | CASE NO. C17-0876-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TEKNON CORPORATION, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend time to respond to the complaint (Dkt. No. 11). This motion is GRANTED. Defendants have until July 24, 2017 to respond to the complaint.

DATED this 23rd day of June 2017.

    William M. McCool
    Clerk of Court

    /s/Paula McNabb
    Deputy Clerk