The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E2 OPTICS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TEKNON CORPORATION; NEAL STOBAUGH and JOSHUA CHILDS,<br><br>　　　　　　　Defendants. | No. 2:17-cv-00876-MJP<br><br>STIPULATION AND [] ORDER TO VACATE DEADLINES<br><br>NOTED FOR CONSIDERATION: MAY 16, 2018 |

## **STIPULATION**

The parties stipulate as follows:

1. On October 19, 2017, this Court issued an order setting deadlines and a November 13, 2018, trial date. Dkt. 20.

2. The parties have reached a settlement in principle and are working to reduce that settlement to a formal written agreement.

3. To allow them to focus on settlement and conserve their and the Court's resources, the parties respectfully request that the Court vacate the remaining deadlines and the trial date. If the parties have not requested dismissal of the case within 60 days of this order, they will file a joint status report with the Court.

Respectfully submitted this 16th day of May, 2018.

STIPULATION AND ORDER TO VACATE DEADLINES (2:17-cv-00876-MJP) - 1

| RICH & HENDERSON PC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By s/ Peter C. Hershey<br>    Peter C. Hershey, admitted pro hac vice<br>    51 Franklin Street, Suite 300<br>    Annapolis, MD 21401<br>    Tel: 410-267-5900<br>    Fax: 410-267-5901<br>    Email: phershey@richlaw.com | By s/ Ambika K.<br><br><br><br><br><br>    Ambika K. Doran, WSBA #38237<br>    1201 Third Avenue, Suite 2200<br>    Seattle, WA 98101-3045<br>    Tel: 206-622-3150<br>    Fax: 206-757-7700<br>    Email: ambikadoran@dwt.com |
| KARR TUTTLE CAMPBELL<br><br>    Celeste M. Monroe, WSBA # 35843<br>    Ronald J. Friedman, WSBA #41629<br>    701 Fifth Avenue, Suite 3300<br>    Seattle, WA 98104<br>    Tel: 206-223-1313<br>    Fax: 206-682-7100<br>    Email: cmonroe@karrtuttle.com<br>    Email: rfriedman@karrtuttle.com<br><br>Attorneys for Plaintiff E2 Optics, LLC | Attorneys for Defendants Teknon Corporation, Neal Stobaugh and Joshua Childs |

## ORDER

Based on the foregoing stipulation, the Court ORDERS that all remaining deadlines and the trial date in this matter are VACATED. If the parties have not requested dismissal of this case within 60 days of this Order, they are ordered to file a joint status report.

DATED this _16th_ day of __May__, 2018.

_____
The Honorable Marsha J. Pechman
United States Senior District Court Judge

Presented by:

By s/ Ambika K. Doran
    Ambika K. Doran, WSBA #38237
    1201 Third Avenue, Suite 2200
    Seattle, WA 98101-3045
    Tel: 206-622-3150
    Fax: 206-757-7700
    Email: ambikadoran@dwt.com

Approved as to form and content:

By s/ Peter C. Hershey
    Peter C. Hershey, admitted pro hac vice
    51 Franklin Street, Suite 300
    Annapolis, MD 21401
    Tel: 410-267-5900
    Fax: 410-267-5901
    Email: phershey@richlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2018, I electronically filed STIPULATION AND [PROPOSED] ORDER TO VACATE DEADLINES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record who are registered as such on the CM/ECF system.

DATED: May 16, 2018

/s/ Ambika K. Doran
AMBIKA K. DORAN